# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO YONI CANO, individually and on behalf of all others similarly situated,<br><br>             Plaintiff,<br><br>      v.<br><br>BLUE DIAMOND GROWERS,<br><br>             Defendant. | Case No. 2:23-CV-01266-MCE-KJN<br><br>**ORDER GRANTING STIPULATION SETTING ASIDE DEFAULT** |

Pursuant to the parties' stipulation to set aside the default entered by the Clerk of the court on August 1, 2023, against defendant Blue Diamond Growers (ECF No. 6), the court hereby ORDERS that the Clerk's entry of default as to defendant Blue Diamond Growers be set aside. Per the parties' stipulation, defendant Blue Diamond Growers shall file a response to the complaint on or before September 5, 2023.

IT IS SO ORDERED.

Dated: August 9, 2023

cano.1266

*Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATION TO SET ASIDE DEFAULT