**BURSOR & FISHER, P.A.**
Brittany S. Scott (State Bar No. 327132)
Luke W. Sironski-White (State Bar No. 348441)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: bscott@bursor.com
         lsironski@bursor.com

*Attorneys for Plaintiff*


HANSON BRIDGETT LLP
RAYMOND F. LYNCH, SBN 119065
rlynch@hansonbridgett.com
EMILY J. LEAHY, SBN 253866
ELeahy@hansonbridgett.com
MATTHEW J. PECK, SBN 287934
mpeck@hansonbridgett.com
MATTHEW B. SEIPEL, SBN 318358
mseipel@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366

Attorneys for Defendant
BLUE DIAMOND GROWERS

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SERGIO CANO, individually and on behalf of all others similarly situated,<br><br>                            Plaintiff,<br>    v.<br><br> BLUE DIAMOND GROWERS,<br><br>                            Defendant. | Case No. 2:23-CV-01266-MCE-KJN<br><br>**STIPULATION AND ORDER STAYING PROCEEDINGS** |

**TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

This stipulation is entered into by Plaintiff Sergio Cano ("Plaintiff") and Defendant Blue Diamond Growers ("Defendant," together with Plaintiff, the "Parties"), with reference to the following facts and recitals:

WHEREAS, Plaintiff filed the instant action (the "*Cano* Action") on June 29, 2023 (ECF No. 1);

WHEREAS, on August 22, 2023, Defendant filed a notice of related cases as to the *Cano* Action and *Barajas, et al. v. Blue Diamond Growers Inc, et al.*, Case No. 1:20-cv-00679-JLT-SKO (E.D. Cal.) (the "*Barajas* Action") (ECF No. 10);

WHEREAS, there are currently two other pending actions against Defendant which the Parties believe involve similar causes of action: (1) the "*Barajas* Action", and (2) *Ramirez, et al. v. Blue Diamond Growers Inc, et al.*, Sacramento Superior Court Case No. 34-2021-00304425-CU-OE-GDS (the "*Ramirez*" action) (collectively the "Related Actions");

WHEREAS, Defendant filed a motion to dismiss the Complaint and/or strike or, alternatively, to stay the proceedings on September 5, 2023 ("the Motion to Dismiss or Stay") in the *Cano* Action (ECF No. 11);

WHEREAS, the Court issued a Minute Order vacating the October 19, 2023 hearing on the Motion to Dismiss or Stay pursuant to Local Rule 230(g) (ECF No. 12);

WHEREAS, having met and conferred the Parties agree that a stay of the *Cano* Action is warranted in light of the Related Actions;

ACCORDINGLY, the Parties, through their respective counsel, stipulate as follows:

1. The *Cano* Action is stayed in its entirety pending the earlier of either:
    a. Issuance of an Order on any motions for class certification in either the *Barajas* or *Ramirez* Actions, including resolution of any appeal thereof; OR
    b. Issuance of an Order granting Defendant's motion to dismiss the *Barajas* action in its entirety, including resolution of any appeal thereof.

2. The Parties shall file a joint status report in the *Cano* Action apprising the Court of the status of the stay and requesting that the Court issue an Order lifting the stay. The Parties will file the joint status report within ten (10) business days of issuance of the earlier of either (1) an order on any motion for class certification in the Related Actions and the resolution of any appeal thereof, or (2) an order granting Defendant's motion to dismiss the *Barajas* action in its entirety and the resolution of any appeal thereof.

3. The Motion to Dismiss or Stay now pending in the *Cano* Action (ECF No. 11) shall be vacated without prejudice to Defendant's right to renew that motion to dismiss, strike, and/or stay the proceedings upon the issuance of an Order the lifting the stay in the *Cano* Action; and Defendant shall file a pleading responsive to the operative complaint in the *Cano* Action (including, without limitation, its Motion to Dismiss or Stay) 30 days after the issuance of an Order lifting the stay.

**IT IS SO STIPULATED AND AGREED.**

Dated: September 18, 2023         Respectfully submitted,

**BURSOR & FISHER, P.A.**

By: _____/s/ Brittany S. Scott_____

Brittany S. Scott (State Bar No. 327132)
Luke W. Sironski-White (State Bar No. 348441)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: bscott@bursor.com
         lsironski@bursor.com

*Attorneys for Plaintiff*

1  DATED:  September 15, 2023					HANSON BRIDGETT LLP

					By:	*/s/ Emily J. Leahy (as authorized 9/15/23)*
						RAYMOND F. LYNCH
						EMILY J. LEAHY
						MATTHEW J. PECK
						MATTHEW B. SEIPEL

						Attorneys for Defendant
						BLUE DIAMOND GROWERS

**ORDER**

Pursuant to the parties' stipulation and good cause appearing, **IT IS HEREBY ORDERED that**:

1. The *Cano* Action is STAYED in its entirety pending the earlier of:

    a. Issuance of an Order on any motion(s) for class certification in either: (1) *Barajas, et al. v. Blue Diamond Growers Inc, et al.*, Case No. 1:20-cv-00679-JLT-SKO (E.D. Cal.); or (2) *Ramirez, et al. v. Blue Diamond Growers Inc, et al.*, Sacramento Superior Court Case No. 34-2021-00304425-CU-OE-GDS, and the resolution of any appeal thereof; **OR**

    b. Issuance of an Order granting Defendant's motion to dismiss the *Barajas* action in its entirety, and the resolution of any appeal thereof.

2. The Parties shall file a joint status report in the *Cano* Action apprising the Court of the status of the stay every sixty (60) days thereafter. Thereafter, the parties may request that the Court issue an Order lifting the stay. The Parties shall file the joint status report within ten (10) business days of issuance of the earlier of either (1) an Order on any motion for class certification in the Related Actions and the resolution of any appeal thereof, or (2) an Order granting Defendant's motion to dismiss the *Barajas* action in its entirety and the resolution of any appeal thereof.

3. The Motion to Dismiss or Stay now pending in the *Cano* Action (ECF No. 11) shall be VACATED without prejudice to Defendant's right to renew that motion upon the issuance of an Order lifting the stay in the *Cano* Action; and

4. Defendant shall file a pleading responsive to the operative complaint in the *Cano* Action (including, without limitation, its Motion to Dismiss or Stay) 30 days after the Court issues an Order lifting the stay.

**IT IS SO ORDERED.**

DATED: September 18, 2023

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE